# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-01771 JAK (MRWx) | Date | March 24, 2020 |
| Title | Deardra Washington v. Reliance Standard Life Insurance Company | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST FOR REMAND (DKT. 8)**

On March 17, 2020, Deardra Washington ("Plaintiff"), who is self-represented, filed a "Request for Remand" (the "Request"). Dkt. 8. Through the Request, Plaintiff argues that, because this action was not removed in a timely manner, it should be remanded to the Superior Court. *Id.* at 2. Although the proper procedural method to seek such a remand is through the filing of a noticed motion, because the Application lacks merit, and in the interest of judicial and party efficiency, it is addressed on the merits, and prior to the filing of any opposition by the Defendant. For the reasons stated in this Order, the Request is **DENIED**.

Plaintiff filed this action against Reliance Standard Life Insurance Company ("Defendant") in the Los Angeles Superior Court on January 21, 2020. *See* Dkt. 1 at 2. Defendant's notice of removal (the "Removal Notice") states that the summons and complaint were served on Defendant on January 24, 2020. *Id.* On February 24, 2020, Defendant filed the Removal Notice pursuant to 28 U.S.C. §§ 1441 and 1446. *Id.* at 1. In the Request, Plaintiff contends that Defendant's statement that the Removal Notice was filed on February 24, 2020 is false for three reasons: (i) the entry on the docket of the Los Angeles Superior Court for this case states that the action was removed on February 27, 2020; (ii) defense counsel signed and dated the Removal Notice and proof of service on February 26, 2020; and (iii) the Removal Notice was postmarked February 26, 2020. Dkt. 8 at 2 (citing *id.* at 3-5).

Based on a review of the Request, insufficient good cause has been shown to remand the action. "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). The Removal Notice was filed in this federal court on February 24, 2020, *see* Dkt. 1, which is within 30 days of when Defendant received the complaint that was filed in the Superior Court, *see id.* at 5. Plaintiff's contention that defense counsel signed, dated, and mailed the Removal Notice *to Plaintiff* on February 26, 2020 does not change the date on which it was filed in this Court or otherwise make the Removal Notice untimely. *See* 28 U.S.C. § 1446(d) ("Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court."). In short, the Removal Notice was filed as required within 30 days of Defendants' receipt of the Complaint, and notice of that filing was thereafter timely provided to Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-01771 JAK (MRWx) | Date | March 24, 2020 |
|---|---|---|---|
| Title | Deardra Washington v. Reliance Standard Life Insurance Company | | |

Because these timely steps were taken by Defendants, the Request is **DENIED**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |